Conform

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

Robert E. Boone, III (SBN 132780)
Brian J. Recor (SBN 229091)
Joseph L. Cavinato, III (SBN 258803)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:    reboone@bryancave.com
    brian.recor@bryancave.com
    josh.cavinato@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued in the
alternative as "COUNTRYWIDE BANK, N.A."); AND
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ZAPATA, et al; PATRICIA ULTRERAS<br><br>Plaintiffs,<br><br>v.<br><br>HARBOURTON MORTGAGE INVESTMENT CORPORATION; and AURORA LOAN SERVICES; and ROBERT E WEISS INCORPORATED; and UGIE COMPANY; and COUNTRYWIDE BANK, N.A.; BANK OF AMERICA, N.A.; MERS; AND ANY SUBSIDIARIES OF THE ABOVE NAMED DEFENDANTS; AND ANY KNOWN OR UNKNOWN JOHN DOES,<br><br>Defendants. | Case No. CV10 0198 RSWL FMOx<br><br>[Ventura County Superior Court Case No. 56-2009-00364081-CU-OR-VTA]<br><br>**NOTICE OF REMOVAL BY DEFENDANTS BANK OF AMERICA, N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. UNDER 28 U.S.C. SECTIONS 1331 AND 1441(a),(b) (FEDERAL QUESTION)**<br><br>Complaint Filed: December 17, 2009 |

SM01DOCS767054.1

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

2  PARTIES AND THEIR ATTORNEYS OF RECORD:

3   PLEASE TAKE NOTICE that Defendants Bank of America, N.A.

4  (erroneously sued in the alternative as "Countrywide Bank, N.A."), and Mortgage

5  Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants")

6  remove to this Court the action described below from the Superior Court of the State

7  of California for the County of Ventura to the United States District Court for the

8  Central District of California.

9  **I.    BACKGROUND**

10   1.    Plaintiffs Juan Carlos Zapata and Patricia Ultreras ("Plaintiffs") filed an

11  action in the Superior Court of the State of California, County of Ventura, entitled

12  Juan Carlos Zapata, *et al.* v. Harbourton Mortgage Investment Corporation, *et al.*,

13  Case No. 56-2009-00364081-CU-OR-VTA, on December 17, 2009 (the "State

14  Court Action").

15  **II.   BASIS FOR REMOVAL**

16   2.    The above-described State Court Action is a civil action of which this

17  Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and

18  is one that may be removed to this Court by Defendants under to 28 U.S.C. Section

19  1441(a),(b).

20   3.    Section 1441(a) of Title 28 of the United States Code provides for

21  removal of any action in which the United States district courts have original

22  jurisdiction.  Section 1441(b) states that district courts have original jurisdiction

23  over any civil action founded on a claim or right arising under the "laws of the

24  United States and shall be removable without regard to citizenship or residence of

25  the parties."

26   4.    Plaintiff's first cause of action for "Injunctive Relief" alleges violations

27  of 42 U.S.C. §§ 1981 and 1982, "which rights are actionable" under §§ 1983 and

28  1988(a).  (Compl. ¶ 1.)

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1       5.     Plaintiff's second cause of action is for "Unfair Debt Collection

2  Practices & Predatory Lending Including TILA and RESPA Violations." It also

3  alleges violation of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§

4  1692 *et seq.* (Compl. ¶ 7.)

5       6.     Plaintiff's third cause of action is for "Failure To Be The Real Party In

6  Interest In A Foreclosure Action (See Federal Rules of Civil Procedure Rule

7  17(a))." (Compl. ¶ 19.)

8       7.     Plaintiff's fourth cause of action is for "Illegal Securitization Of The

9  Note," and alleges that "[u]nder US laws, securitization is illegal, primarily because

10  it is fraudulent and caused specific violations of RICO, usury, and antitrust laws."

11  (Compl. ¶ 21.)

12       8.     Thus, Plaintiff's first, second, third, and fourth causes of action arise

13  under federal law because they are predicated on alleged violations of federal

14  statutes and are dependent on the resolution of substantial and disputed federal

15  questions.

16  **III.    PROCEDURAL COMPLIANCE**

17       9.     A notice of removal must be filed within "thirty days after receipt by

18  the defendant . . . of a copy of the initial pleading setting forth the claim for relief

19  upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

20       10.    This Notice of Removal is timely filed within thirty days of

21  Defendants' receipt of the Complaint on December 29, 2009.

22       11.    Defendants are informed and believe that the other defendants have not

23  been properly served. Regardless, co-defendant Robert E. Weiss Incorporated has

24  consented to removal.

25       12.    The State Court Action was pending before the Superior Court for the

26  County of Ventura. Because this Court is the United States District Court for the

27  district and division embracing the place where the original action was filed, it is the

28  appropriate Court for removal under 28 U.S.C. Section 1446.

1        13.    Under 28 U.S.C. Section 1446(a), attached as Exhibit A are copies of

2   "all process, pleadings, and orders served upon" Defendants.  A copy of this notice

3   will be served on all parties of record and will be filed with the Clerk of the Superior

4   Court for the County of Ventura.

5   **IV.   CONCLUSION**

6        Defendants respectfully request that the above State Court Action be removed

7   from the state court in which it was filed to the United States District Court for the

8   Central District of California, and request further that this Honorable Court issue all

9   necessary orders and process and grant such other and further relief as in law and

10   justice Defendants may be entitled to receive.

11   Dated:         January 12, 2010          **BRYAN CAVE LLP**

12                                            ROBERT E. BOONE, III
                                             BRIAN J. RECOR
13                                            JOSEPH L. CAVINATO, III

14

15   By: _____
                                             Joseph L. Cavinato, III
16                                            Attorneys for Defendants
                                             BANK OF AMERICA, N.A. (erroneously
17                                            sued in the alternative as "COUNTRYWIDE
                                             BANK, N.A."); AND MORTGAGE
18                                            ELECTRONIC REGISTRATION
                                             SYSTEMS, INC.

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Juan Carlos Zapata; Patricia Ultreras

**DEFENDANTS**
Harbourton Mortgage Investment Corporation; Aurora Loan Services; Robert E. Weiss Incorporated; Ugie Company; Countrywide Bank, N.A.; Bank of America, N.A.; MERS; and any subsidiaries of the above named defendants; and any known or unknown John Does.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
1660 Tapir Circle, Ventura CA 93003
(805) 452-5736

Attorneys (If Known)
Robert E. Boone, III, Brian J. Recor, Joseph L. Cavinato, III, Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401 T: (310) 576-2100
Attorneys for Defendants Bank of America, N.A. (erroneously sued in the alternative as "Countrywide Bank, N.A."); and Mortgage Electronic Registration Systems, Inc.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No          ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C § 1601, (TILA), 12 U.S.C. §§ 2601-2617 (RESPA), 15 U.S.C. §§ 1692 et seq. (FDCPA)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☒ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10   0198

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): 09-08810 DDP (CTx) and 10-00159-RSWL (AJW)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Sonoma County, California; Colorado, Delaware; North Carolina |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Joseph L. Cavinato_     Date January 12, 2010
Joseph L. Cavinato, III

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 198 RSWL (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.